Filing # 226311184 E-Filed 06/30/2025 02:34:24 PM

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT,
IN AND FOR LEE COUNTY, FLORIDA

3817 WATERFRONT, LLC.,

    Plaintiff,

v.                                        CASE NO.:

GENERAL STAR
INDEMNITY COMPANY,

    Defendant.
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff sues Defendant and alleges:

1. This is an action for damages that exceeds Fifty Thousand Dollars ($50,000.00) exclusive of interest, costs, and attorney's fees.

2. At all times material hereto, in consideration of a premium paid by Plaintiff, there was in full force and effect a certain property insurance policy issued by Defendant with a policy number of IMA398767 (Policy). A copy of the Policy is incorporated by reference as Plaintiff does not have a full copy of the Policy in Plaintiff's possession, custody, or control.

3. Accordingly, under the terms of the Policy, Defendant agreed to provide insurance coverage to Plaintiff's property against certain losses for both the actual cash value and replacement cost value.

4. Plaintiff's property is located at 3817 Del Prado Boulevard South, Cape Coral, FL 33904 (Property).

5. On or about 09/28/2022, while the Policy was in full force and effect, the Property was damaged (Loss).

6. Promptly thereafter Plaintiff reported the Loss to Defendant.

7. Accordingly, Defendant assigned claim number G10066965 to the Loss and investigated the Loss.

8. Subsequently, Defendant failed to adjust the Loss pursuant to the unambiguous terms of the Policy.

9. By failing to adjust the Loss pursuant to the unambiguous terms of the Policy, Defendant has materially breached the Policy by failing to pay the actual cash value and replacement cost value of the claim.

10. Plaintiff suffered and continues to suffer damages resulting from Defendant's material breach of the Policy.

11. All (a) conditions precedent and (b) conditions subsequent to the filing of this action have been satisfied or waived.

12. At least ten (10) business days prior to the filing of this lawsuit, pursuant to Fla. Stat. § 627.70152 Plaintiff sent a presuit settlement demand to Defendant.

13. Defendant failed to properly respond to said presuit settlement demand.

## COUNT I – BREACH OF CONTRACT

14. Plaintiff reincorporates paragraphs one (1) through thirteen (13) in Count I.

15. By failing to adjust the Loss pursuant to the unambiguous terms of the Policy and by failing to properly respond to said presuit settlement demand, Defendant has materially breached the Policy.

16. Plaintiff suffered, and continues to suffer, damages resulting from Defendant's material breach of the Policy.

17. Plaintiff was obligated to retain the undersigned attorneys for the prosecution of this action and is entitled to reasonable attorneys' fees and costs pursuant to Fla. Stat. § 768.79,

627.428, 626.9373, 627.70152, and or any other applicable Florida Statute, Rule, and or contractual provision.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court enter judgment against Defendant that Plaintiffs are entitled to reasonable attorneys' fees and costs pursuant to Fla. Stat. § 768.79, 627.428, 626.9373, 627.70152, and or any other applicable Florida Statute, Rule, and or contractual provision.

## DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury of all issues triable as a matter of right.

Dated: June 30th, 2025.

                                    Respectfully submitted,

By:   /s/ Kevin Weisser
        KEVIN WEISSER
        Florida Bar No: 98828
        WEISSER ELAZAR & KANTOR, PLLC
        Attorneys for Plaintiff
        800 East Broward Boulevard, Suite 510
        Fort Lauderdale, FL 33301
        T: (954) 486-2623
        F: (954) 572-8695
        Email: KW@WEKLaw.com
                 JK@WEKLaw.com
                 Service@WEKLaw.com